UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARTIN TORRES, an individual,<br><br>　　　　Plaintiff,<br>vs.<br><br>FORD MOTOR COMPANY, a Delaware Corporation,<br><br>　　　　Defendants, | Case No.: 2:22-cv-05359-SVW-JC<br><br>*Assigned to Judge: Stephen V. Wilson*<br><br>**ORDER OF DISMISSAL** |

Based on the stipulation of the parties, and good cause appearing therefore, the stipulation is granted. The entire action, including all claims and counterclaims stated herein against all parties, is hereby ORDERED dismissed with prejudice, with the Court retaining jurisdiction over the terms of the parties' settlement agreement.

**IT IS SO ORDERED.**

DATE: October 31, 2024          By: _____
                                    Hon. Judge Stephen V. Wilson
                                    United States District Judge